JAMES T. BURTON (Utah Bar No. 11875)
*jburton@kmclaw.com*
JOSHUA S. RUPP (Utah Bar No. 12647)
*jrupp@kmclaw.com*
**KIRTON MCCONKIE**
1800 World Trade Center
60 East South Temple
P.O. Box 45120
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600
Facsimile:  (801) 321-4893

*Attorneys for Plaintiff Orabrush, Inc.*

# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ORABRUSH, INC., a Utah corporation,<br><br>    Plaintiff,<br>vs.<br><br>FETCH . . . FOR COOL PETS, LLC, a New Jersey limited liability company; CHURCH & DWIGHT CO., INC., a Delaware corporation; and DOES 1 – 10,<br><br>    Defendants. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Case No.: 2:14-cv-00232-DN<br><br>District Judge: Hon. David Nuffer |

Plaintiff Orabrush, Inc., hereby provides notice of dismissal without prejudice, pursuant to Federal Rule of Civil Procedure 41, of all claims asserted against Defendant Fetch….For Cool Pets, LLC, only.

DATED this 20th day of May, 2014.

                                                Respectfully Submitted,

KIRTON │ McCONKIE

By */s/ James T. Burton*
    James T. Burton
    Joshua S. Rupp

    *Attorneys for Plaintiff Orabrush, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2014, I caused a true and correct copy of the foregoing to be filed using the Court's CM/ECF electronic filing system.

/s/ James T. Burton

4841-4237-5963.1