AO 121 (Rev. 08/10)

| To: | **Mail Stop 8**<br>**Director of Patents and Trademarks**<br>**/PO BOX 1450**<br>**Alexandria VA 22313-1450** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action has been filed in the **U.S. District Court for the District of Utah** on the following

☐ Trademarks or     ☒ Patents  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:14-cv-00232-DN | DATE FILED<br>03/28/2014 | U.S. DISTRICT COURT<br>**District of Utah**<br>**350 South Main Street, Room 150, Salt Lake City, UT 84101** |
|---|---|---|
| PLAINTIFF<br><br>**Orabrush, Inc** | | DEFENDANT<br><br>**Fetch...For Cool Pets, LLC**<br><br>**Church & Dwight Co, Inc** |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT OR<br>TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,792,642 B2 | Sep. 21, 2004 | Dr. Bob's Ltd |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT OR<br>TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, a final decision had been rendered or judgment issued:

| DECISION / JUDGMENT |
|---|
| Notice voluntarily dismissing case without prejudice entered on 5/28/14 |

| CLERK<br>D. Mark Jones | (BY) DEPUTY CLERK<br>/s/Aimee Trujillo | DATE<br>5/29/14 |
|---|---|---|

DISTRIBUTION :    1) Upon initiation of action mail copy to Director    2) Upon filing of document adding patent(s), mail copy to Director    3) Upon termination of action , mail copy to Director